UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

NOVA MARITIME B.V.I. LTD.,

        Plaintiff,

  - against -

TRANSVAST SHIPPING CO. LTD.,

        Defendant.

------------------------------------------------------------- X

ORDER

08 Civ. 6869 (SAS)

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 7/31/09]

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      Although plaintiff has attached funds in the above-captioned Rule B maritime action, no attachments have been made for the past sixty (60) days. Therefore, plaintiff is ordered to transfer all funds restrained pursuant to the Order of Attachment and Garnishment issued in this action to the registry of the Court within ten (10) business days. Plaintiff is further ordered to notify the court via facsimile as soon as the transfer is complete.

SO ORDERED:

/s/ Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            July 31, 2009

## - Appearances -

**For Plaintiff:**

Jeremy O. Harwood, Esq.
Blank Rome LLP
405 Lexington Avenue
New York, New York 10174
(212) 885-5000